■ JOHN J. ZAVARO et al., Plaintiffs, v. CORA E. MANN, Defendant. CORA E. MANN, Individually and as Executrix of Henry W. Mann, Deceased, Respondent, v. JOHN ZAVARO et al., Appellants.— In two negligence actions (which were tried jointly), defendant Zavaro in the second above-entitled action appeal, as limited by their brief, from so much of a judgment of the Supreme Court, Nassau County, entered December 23, 1964 on a jury verdict as was in favor of the plaintiff Cora E. Mann in both her individual and fiduciary capacities. Judgment, insofar as appealed from, reversed on the law; the second above-entitled action is severed, and a new trial thereof directed, with costs to abide the event. In our opinion, the receipt of the expert testimony constituted reversible error (see *Lopez* v. *Yannotti*, 24 A D 2d 758; *Lombard* v. *Dobson*, 16 A D 2d 1031; *Mercadante* v. *Barry Transp. Co.*, 23 A D 2d 653). Ughetta, Acting P. J., Brennan, Hopkins and Benjamin, JJ., concur; Rabin, J., concurs in reversal of the judgment, insofar as appealed from, and the direction of a new trial on the ground stated in the memorandum of the majority, and on the additional ground that the verdict is against the weight of the evidence.